

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

DANIELLE JACOBS
DJACOBS@SOKOLOFFSTERN.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2025
```

July 17, 2025

**Via ECF**
Honorable Judge Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:   *Herrera v. Colorado Christian University*
                  Docket No. 1:25-CV-02611 (MKV)
                  File No. 250129LI

Your Honor:

       This firm represents Defendant Colorado Christian University. We write jointly with Plaintiff to respectfully request that Your Honor extend the deadline for Defendant to respond to the Complaint from July 17, 2025 to August 18, 2025. This extension will give the parties time to discuss the potential for early resolution before any party starts expending significant resources.

       This is Defendant's second request for the relief sought herein. We are continuing to review the allegations and claims to prepare for our answer or motion. This extension will also give us the time to thoroughly review the allegations and prepare our response.

       Thank you for your consideration of this matter.

                                               Respectfully submitted,

                                               SOKOLOFF STERN LLP

                                               *Danielle L. Jacobs*

                                               DANIELLE L. JACOBS

cc: All Counsel of Record (Via ECF)

**Granted. SO ORDERED.**

Date: 7/18/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

LONG ISLAND   ▪   HUDSON VALLEY